IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-2299-EWN-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter has come before me on defendants' **Motion for Leave of Court to Depose Prisoner Plaintiff Slusher**, docket entry no. 214,(the "Motion"), filed July 15, 2005.

IT IS ORDERED that the Motion is GRANTED, and the deposition of plaintiff may be taken at his place of incarceration.

Dated July 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge