IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-2299-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. MCGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD, and
TREVOR WILLIAMS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Notice to Court Regarding Interference by Defendants Which Continues and has been Increased** (the "Motion"), filed on July 22, 2005.

IT IS ORDERED that defendants shall respond to the Motion on or before **August 10, 2005**.

IT IS FURTHER ORDERED that a hearing on this Motion is set for **August 15, 2005, at 9:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B. **Plaintiff and his Case Manager will call Chambers at (303) 844-6408 at the appointed time.**

DATED: July 26, 2005