IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-2299-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Notice to Court Regarding Interference By Defendants Which Continues and Has Been Increased** (the "Motion"), filed July 22, 2005. I held a hearing on the Motion today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated August 15, 2005.

                                            BY THE COURT:

                                            /s/ Boyd N. Boland
                                            United States Magistrate Judge