IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-02299-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD, and
TREVOR WILLIAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Renewed Motion for the Appointment of Expert Witnesses** (the "Motion"), filed August 11, 2005. The plaintiff seeks appointment of an expert witness to testify that his medical condition is serious. Dispositive motions have not yet been filed; no pretrial order has been entered; and the case is not set for trial. The plaintiff's request for a trial witness is premature.

IT IS ORDERED that the Motion is DENIED AS PREMATURE.

Dated September 23, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge