IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-02299-PSF-BNB

F. DAVID SLUSHER

     Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD, and
TREVOR WILLIAMS,

     Defendants.

---

## ORDER ON PLAINTIFF'S MOTION TO RECONSIDER
## ORDER OF OCTOBER 17, 2005

---

This matter comes before the Court on plaintiff's pleading captioned "Motion to Reconsider Order of 10-17-05" (Dkt. # 245), filed October 31, 2005. The Court finds no reasons set forth in the motion to cause the Court to reconsider at this time its Order of October 17, 2005 (Dkt. # 239), which denied plaintiff's request for appointment of counsel. Therefore that aspect of the motion is DENIED.

However, while plaintiff characterizes his filing as a motion to reconsider this Court's Order of October 17, 2005, the present motion also appears to contain a request for leave to take depositions. Such a request is properly addressed, in the first instance, to the Magistrate Judge. This is particularly appropriate in this case since a motion for summary judgment is presently pending before the Magistrate Judge, and because the Magistrate Judge is more familiar than the undersigned with the discovery efforts undertaken in this case.

The references in the October 17, 2005 Order to the expiration of the discovery period and the fact that no depositions were taken by plaintiff while he could have done so were simply reasons militating against appointment of counsel. Such statements were not rulings on any discovery request or objection that could be the subject of a reconsideration motion.

Accordingly, plaintiff's filing (Dkt. # 245) is referred for decision to the Magistrate Judge, to the extent it is deemed a request to take depositions.

DATED: November 2, 2005.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge