IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-02299-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
EDD C. GILLESPIE,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TAMI WILLIAMS,
RICHARD E. HOWARD,
TREVOR WILLIAMS,
AL ESTEP,
SHANE JOHNSON,
TOM O'BRIEN, and
JOHN RIELLY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion in Limine to Exclude Deposition** (the "Motion"), filed December 15, 2005. The plaintiff does not certify that copies of the Motion were served on the other parties or their attorneys. The Motion is STRICKEN.

Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in compliance with Rule 5, Fed. R. Civ. P., which provides:

> Every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.
>
> \* \* \*
>
> All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court within a reasonable time after service.

Fed. R. Civ. P. 5(a) and (d).

Service on other parties may be accomplished by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed together with the original papers and should show the day and manner of service.

IT IS ORDERED that the Motion is STRICKEN.

Dated April 19, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge