IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-2299-PSF-BNB

F. DAVID SLUSHER,

Plaintiff,

v.

JOHN W. SUTHERS,
JOSEPH T. McGARRY,
DONALD R. LAWSON,
FRANK E. RUYBALID,
JUDY JO BULLARD,
TEDDY LAMAR LAURENCE,
PHYLLIS P. GRISWOULD,
MR. DELAYNE TORNOWSKI,
JIM DAY,
TREVOR WILLIAMS,
ANTHONY A. DECESARO,
AL ESTEP,
SHANE JOHNSON,
TOM O'BRIEN, and
JOHN RIELLY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **State Defendants' Motion to Dismiss** (the "Motion"), filed September 20, 2005. I have construed the Motion as a motion for summary judgment. *Minute Order issued October 3, 2005*. The State Defendants argue that the plaintiff has not exhausted his administrative remedies. However, the State Defendants have not included in their

Motion a copy of the grievance procedures that were in place at the time the plaintiff filed his grievances.[1]

IT IS ORDERED that on or before **May 10, 2006**, the State Defendants shall provide the Court with authenticated copies of the grievance procedures that were in effect at the time the plaintiff filed his grievances.

Dated April 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The State Defendants assert that a copy of the grievance procedure can be found on-line. However, the on-line version of the grievance procedure has an effective date of December 15, 2005. The plaintiff filed grievances regarding Claim I in May, June, and July of 2000. He filed grievances regarding Claim III in March and April of 2004. Therefore, the December 2005 grievance procedure is not applicable to the plaintiff's claims.